UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| OTIS WILLIAMS, | ) |
|       Plaintiff, | ) |
|       v. | ) No. 1:21-cv-01739-JPH-DLP |
| STATE OF INDIANA, GOVERNMENT AGENCY, MARION COUNTY JAIL, WHEELER MISSION, | ) |
|       Defendants. | ) |

**ORDER**

Otis Williams has sued four defendants, alleging that they "invaded [his] privacy and thoughts with some type of chip planted" in him that the government can use to read his thoughts and tamper with his memory. Dkt. 1.

The Court does not have subject matter jurisdiction over a complaint that is wholly insubstantial or implausible. *See Steel Co. v. Citizens for a Better Env't*, 523 U.S. 83, 89 (1998). And a "frivolous federal law claim cannot successfully invoke federal jurisdiction." *In re African-American Slave Descendants Litig.*, 471 F.3d 754, 757 (7th Cir. 2006).

Even liberally construing the complaint, the Court finds that Mr. Williams has not stated any plausible federal claim against any defendant and must be dismissed. Mr. Williams shall have **through July 30, 2021**, to show cause why his complaint should not be dismissed. If he does not respond by that deadline, the complaint will be dismissed without further notice.

1

Mr. Williams' motion to proceed *in forma pauperis*, dkt. [2], is **GRANTED**. While *in forma pauperis* status allows Mr. Williams to proceed without prepaying the filing fee, he remains liable for the full fees. *Ross v. Roman Catholic Archdiocese of Chicago*, 748 F. App'x 64, 65 (7th Cir. 2019) ("Under 28 U.S.C. § 1915(a), a district court may allow a litigant to proceed 'without *prepayment* of fees,' . . . but not without *ever* paying fees."). No payment is due at this time.

**SO ORDERED.**

Date: 6/25/2021

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

OTIS WILLIAMS
1033 E. Washington St.
Indianapolis, IN 46202